UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gary Reed and Tom Vevea, as
Trustees of the Minnesota Laborers
Pension Fund, and each of their
successors,

               Plaintiffs,

v.

Mesabi Bituminous, Inc.,

               Defendant.

**ORDER**
Civil File No. 10-4328 (MJD/LIB)

     The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, dated March 17, 2011.  [Docket No. 16].  Defendant Mesabi Bituminous, Inc. filed objections to the Report and Recommendation.  [Docket No. 17].  Pursuant to statute, the Court has conducted a de novo review of the record, including all transcripts filed and exhibits submitted to the Court.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based upon that review, the Court **ADOPTS** the Report and Recommendation.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Court **ADOPTS** the Magistrate Judge's Report and Recommendation dated March 17, 2011 [Docket No. 16].

2. Defendant's Motion to Dismiss [Docket No. 3] is **DENIED.**

Dated: April 26, 2011                    s/ Michael J. Davis
                                                            Michael J. Davis
                                                            Chief Judge
                                                           United States District Court